UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 9:24-cv-80010-AMC

**LEONARDO DE LIMA,**

    **Plaintiff,**

v.

**EXPERIAN INFORMATION SOLUTIONS INC., SYNCHRONY FINANCIAL d/b/a SYNCHRONY BANK,**

    **Defendants.**

_____/

## NOTICE OF SETTLEMENT AS TO DEFENDANT SYNCHRONY FINANCIAL D/B/A SYNCHRONY BANK

Plaintiff Leonardo De Lima submits this Notice of Settlement and states that Plaintiff and Defendant Synchrony Financial d/b/a Synchrony Bank have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the formal settlement documents. Upon full execution of the same, the parties will file the appropriate dismissal documents with the Court.

Dated: October 21, 2024

Respectfully submitted,

*/s/* Gerald D. Lane, Jr.
**GERALD D. LANE, JR., ESQ.**
Florida Bar No.: 1044677
E-mail: gerald@jibraellaw.com
The Law Offices of Jibrael S. Hindi
110 SE 6th Street, Suite 1744
Fort Lauderdale, Florida 33301
Phone: 954-907-1136
*Counsel for Plaintiff*

**/s/ Alexis D. Hammond**
**Alexis Denise Hammond**
Reed Smith
300 S Biscayne Blvd
Miami, FL 33131
8644947905
Email: ALEXIS.HAMMOND@REEDSMITH.COM

Counsel for Defendant Synchrony Financial

## CERTIFICATE OF SERVICE

I hereby certify that on October 22, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

*/s/* Gerald D. Lane, Jr.
**GERALD D. LANE, JR., ESQ.**
Florida Bar No.: 1044677